AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Jun 25, 2024

SEAN F. McAVOY, CLERK

Daniel Blizzard

*Petitioner*

v.

Jeri Boe

*Respondent*

Civil Action No. 1:22-cv-03130-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 15, Petitioner Daniel Blizzard's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus, ECF No. 7, is DENIED.
The Petition is DISMISSED WITH PREJUDICE.
JUDGMENT is entered for Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson.

Date: 6/25/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony

*(By) Deputy Clerk*

Brian Molony